UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA (Allentown)

| | |
|---|---|
| SERGEY YELETSKIY, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA A. MILLER, et al. <br><br> Defendants. | NO.   5:19-cv-01328 <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION

AND NOW this **16TH** day of **April**, 2019, it is hereby STIPULATED and AGREED, by and between all pertinent parties, by and through their undersigned counsel, that Plaintiff may Respond to Co-Defendants' Motion to Dismiss, or File an Amended Complaint, by May 16, 2019.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

**LAVERY LAW**

/s/ Joshua M. Autry
Joshua M. Autry, Esquire
Attorney for Co-Defendants, Joshua A. Miller, Michael McLouth, and Bushkill Township Police Department

**AND IT IS SO ORDERED.**

_____
Hon. Edward G. Smith